**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Daniel Bushar,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Albertsons, LLC,<br><br>　　　　　Defendant(s). | 2:24-cv-00804-CDS-MDC<br><br>Order |

　　　　Defendant Albertsons, LLC filed a *Motion To Amend The Petition For Removal*. ECF No. 6. Per LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Plaintiff has not opposed the motion and the time to do so has passed. Plaintiff consented to the Court granting the motion.

　　　　IT IS ORDERED that:

　　　　1.  Defendant's *Motion To Amend The Petition For Removal* (ECF No. 6) is GRANTED.

　　　　2.  Defendant has until Monday, June 10, 2024 to file his amended complaint on the docket.

Dated this 3rd day of June 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge