**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Daniel Bushar, | 2:24-cv-00804-CDS-MDC |
| Plaintiff(s), | Order |
| vs. | |
| Albertsons, LLC, et al., | |
| Defendant(s). | |

The Court ordered the defendant Albertsons, LLC to file its amended answer and its third-party complaint by June 10, 2024. ECF No. 11. Defendant did not comply with the Court's Order.

IT IS ORDERED that the defendant Albertsons, LLC has until **July 1, 2024**, to file its amended answer and its third-party complaint.

Dated this 24th day of June 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge