BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.smerber@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL BUSHAR,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSONS, LLC; DOE SECURITY COMPANY; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00804-CDS-MDC |

**STIPULATION AND ORDER REGARDING AGREED PROTECTIVE ORDER**

COMES NOW, Defendant, ALBERTSONS, LLC, by and through its attorneys of record, LEW BRANDON, JR., ESQ., JUSTIN SMERBER, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM and Plaintiff, DANIEL BUSHAR, by and through his attorneys, RAMZY LADAH, ESQ. and MICHAEL NIXON, ESQ. of LADAH LAW FIRM and request an Order as follows:

/ / /

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Documents and information produced by Defendant, ALBERTSONS, LLC in response to other parties' Request for Interrogatories and Request for Production of Documents may be designated as confidential and shall be treated thereafter as confidential by the parties, and such confidential documents and information contained therein shall be used solely for the prosecution or defense of this litigation. Defendant, ALBERTSONS, LLC may designate documents as confidential and subject to the terms of this Protective Order by placing an appropriate stamp on the face of the document appropriately indicating that such document has been designated confidential and subject to the terms of this Protective Order.

"Confidential information," as used herein, means any information of any type, kind or character which is designated as "confidential" or "proprietary" by any of the supplying or receiving parties, whether it be a document, information contained in a document, information revealed during a deposition, information revealed in an Interrogatory answer or otherwise. In designating information as "confidential" or "proprietary," a party will make such designation only as to that information that it in good faith believes contains confidential information, including, but not limited to: (a) ALBERTSONS, LLC'S policies and procedures, manuals, handbooks, and training materials; (b) any of ALBERTSONS, LLC'S safety operations, security operations, or surveillance operations information that may be produced; and (c) any employees' information that may be produced.

Such confidential documents and information may be disclosed only to the following persons: (a) parties to this litigation; (b) counsel for the parties and persons regularly employed in the offices of counsel for the parties; (c) outside experts or professional advisors retained by a party to assist in the prosecution or defense in the case and persons regularly employed in the offices of such outside experts and professional advisors; (d) court personnel, deponents and court reporters/videographers; provided, however, that prior to such disclosure to the persons described

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

in clause (a) and (c) above, counsel shall furnish a copy of this Protective Order to such person and obtain the written agreement of such person to be bound by the terms of this Protective Order. The requirement of obtaining such a written agreement may be satisfied by obtaining the signature of any such person at the foot of a copy of this Order.

Neither the entry of this order, nor anything in this order, shall constitute an admission, agreement, finding or ruling that the confidential information is or is not subject to discovery, or is or is not admissible as evidence in this case, or is or is not confidential, proprietary and/or a trade secret. Neither the entry of this order, nor anything in this order shall diminish, eliminate, or otherwise affect any claim or position that any party may assert, or has asserted, in this case. The designation of the confidential information in this order as confidential shall have no meaning or effect whatsoever with respect to the substantive issues in this litigation and with respect to the claims or defenses of any party hereto and shall not be construed as an admission or agreement that the confidential information or any information or materials are or are not confidential, proprietary and/or a trade secret. If ALBERTSONS, LLC designates a document as confidential or proprietary and another party believes that said document is not entitled to such protection, then that other party shall notify Defendant in writing of that party's objection. ALBERTSONS, LLC will then have thirty (30) days to file a Motion for Protection with regards to said document. The burden of seeking protection with regards to the challenged document will remain with Defendant, ALBERTSONS, LLC. However, the protections afforded to the document under the Protective Order will remain in place until the Discovery Commissioner and/or a Court make a ruling with regards to what protection the challenged document is entitled to under the law.

/ / /

/ / /

/ / /

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Nothing contained in this Protective Order shall preclude Defendant, ALBERTSONS, LLC from using its own confidential documents or information in any manner they see fit, or from reviewing such confidential documents or information to whomever they choose, without the prior consent of any other party or of this Court.

DATED this 17th day of September 2024.

**BRANDON | SMERBER LAW FIRM**

*/s/ Kristen Molloy, Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
Attorneys for Defendant,
ALBERTSONS, LLC

DATED this 17th day of September 2024.

**LADAH LAW FIRM**

*/s/ Michael T. Nixon, Esq.*
**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 012839
517 South Third Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff,
DANIEL BUSHAR

**ORDER**

**IT IS SO ORDERED: Denied with leave to refile a stipulation addressing filing procedures for "Confidential Information," which comport with Fed. R. Civ. P. 5.2 and LR IA 10-5, and the requirements of Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172 (9th Cir. 2006) and its progeny.**

Dated 09-18-24

UNITED STATES MAGISTRATE JUDGE