**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Daniel Bushar, | 2:24-cv-00804-CDS-MDC |
| Plaintiff(s), | |
| vs. | **ORDER DENYING STIPULATION** |
| Albertsons, LLC., | |
| Defendant(s). | |

**IT IS ORDERED** that the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 26) is DENIED WITHOUT PREJUDICE. This is not the initial discovery plan as the caption suggests, but an amendment to the original plan. For clarity of the record, the parties should resubmit a stipulation for extension in compliance with LR 26-3.

DATED this 25th of November 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge