**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.smerber@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL BUSHAR,<br><br>      Plaintiff,<br><br>vs.<br><br>ALBERTSONS, LLC; DOE SECURITY COMPANY; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>      Defendants. | CASE NO.: 2:24-cv-00804-CDS-MDC<br><br><br>**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (SEVENTH REQUEST)**<br><br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-3** |
| ALBERTSONS, LLC.,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>BLACKSTONE SECURITY SERVICES OF NEVADA INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>      Third-Party Defendant. | |

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007  |  F. 702.380.2964

**BRANDON | SMERBER**
LAW FIRM

**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**
**(SEVENTH REQUEST)**

Plaintiff, DANIEL BUSHAR, by and through his attorney, RAMZY P. LADAH, ESQ. of LADAH LAW FIRM, Third-Party Defendant BLACKSTONE SECURITY SERVICES OF NEVADA, INC., by and through its attorney VERONICA N. FINK, ESQ. of SPRINGEL & FINK LLP, and Defendant, ALBERTSONS LLC, by and through its attorneys, LEW BRANDON, JR., ESQ., JUSTIN SMERBER, ESQ., and KRISTEN MOLLOY, ESQ. of BRANDON | SMERBER LAW FIRM, stipulate and agree that the discovery schedule be extended pursuant to LR 26-3.

**I.    Discovery Conducted to Date (LR 26-4(a)):**

The parties have submitted their initial FRCP 26.1 disclosures.  In addition, Plaintiff and Defendant have propounded written discovery and provided responses. Initial and rebuttal expert witnesses have been disclosed. Further, Plaintiff's deposition went forward on August 7, 2024, FRCP 30(b)(6) deposition of Defendant, Albertsons was held on August 12, 2025, and of Blackstone on July 31, 2025.  The deposition of Defendant, Albertsons employee, Joe Rogers, also went forward on February 3, 2026.

**II.    Discovery to be Conducted (LR 26-4(b)):**

1.    Obtain Plaintiff's medical records;

2.    Deposition of David Fish, M.D. scheduled for February 20, 2026;

3.    Deposition of James Loong, Ph.D. scheduled for March 12, 2026;

4.    Deposition of Travis Snyder, D.O. scheduled for March 17, 2026;

5.    Deposition of Eugenia Larmore, Ph.D. scheduled for March 27, 2026;

6.    Deposition of Christinia Hughes, MS to be scheduled for either March 5, 2026, or March 12, 2026;

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

BRANDON | SMERBER
LAW FIRM

7. Deposition of Derek Boss to be scheduled for February 18, 2026, or February 25, 2026;

8. Deposition of former employee of Albertsons, Melanie Perez to be scheduled on February 24, 2026, or February 25, 2026;

9. Deposition of employee of Albertsons, Demetrius Johnson to be scheduled on March 2, 2026, or March 6, 2026;

10. Albertsons employees David Kasem and Patrick Duffy;

11. Any additional percipient witness depositions the parties are contemplating;

12. Any additional expert depositions the parties are contemplating; and

13. Any additional medical provider depositions the parties are contemplating.

### III.    The Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set by the Discovery Plan (LR 26-4(c)):

Following the depositions of Defendants Albertsons and Blackstone's FRCP 30(b)(6) designees, Plaintiff has identified current and former employee depositions that need to be conducted. In addition, expert depositions still need to be taken. The parties are working together to identify mutually agreeable timing which has proven difficult to coordinate amongst the deponents and all counsel under the current deadlines. Further, these depositions need to be provided to the parties' experts for their review and to be included in any supplemental reports. Therefore, the parties request an additional 90 days in order to complete the necessary discovery. The parties have been working in a diligent and courteous manner and the request for an extension is not for the purpose of delay.

/ / /

/ / /

/ / /

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

BRANDON | SMERBER
LAW FIRM

**IV.**      <u>**Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):**</u>

The current discovery deadlines are as follows:

1. Amend Pleadings and Add Parties (LR 26-1(b)(2)):      Closed.

2. Initial Expert Disclosures (LR 26-1(b)(3)):      Closed.

3. Rebuttal Expert Disclosures (LR 26-1(b)(3)):      Closed.

4. Dispositive Motions (LR 26-1(b)(4)):      March 9, 2026.

5. Discovery Cutoff (LR 26-1(b)(1)):      February 6, 2026.

6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)):      April 8, 2026.

The parties propose extending all discovery deadlines by ninety (90) days as follows:

1. Amend Pleadings and Add Parties (LR 26-1(b)(2)):      Closed.

2. Initial Expert Disclosures (LR 26-1(b)(3)):      Closed.

3. Rebuttal Expert Disclosures (LR 26-1(b)(3)):      Closed.

4. Dispositive Motions (LR 26-1(b)(4)):      June 8, 2026.

/ / /

/ / /

/ / /

5. Discovery Cutoff (LR 26-1(b)(1)):                      May 7, 2026.

6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)):           July 7, 2026.

DATED this 5th day of February 2026          DATED this 5th day of February 2026

**BRANDON | SMERBER LAW FIRM**          **LADAH LAW FIRM**

*/s/ Justin W. Smerber, Esq.*                    */s/ Ramzy Ladah, Esq.*
**LEW BRANDON, JR., ESQ.**                  **RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 5880                          Nevada Bar No. 11405
**JUSTIN SMERBER, ESQ.**                     517 South Third Street
Nevada Bar No. 10761                         Las Vegas, Nevada 89101
**KRISTEN MOLLOY, ESQ.**                     702-252-0055
Nevada Bar No. 14927                         Facsimile – 702-256-6280
139 E. Warm Springs Road                     *Attorneys for Plaintiff,*
Las Vegas, Nevada 89119                      *DANIEL BUSHAR*
*Attorneys for Defendant/Third-*
*Party Plaintiff ALBERTSONS, LLC*

DATED this 5th day of February 2026.

**SPRINGEL & FINK LLP**

*/s/ Veronica Fink, Esq.*
**LEONARD T. FINK, ESQ.**
Nevada Bar No. 6296
**VERONICA N. FINK, ESQ.**
Nevada Bar No. 14516
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
*Attorneys for Third-Party Defendant,*
*BLACKSTONE SECURITY SERVICES OF*
*NEVADA, INC.*

## ORDER

**IT IS SO ORDERED.**

Dated 2-6-26.

_____
UNITED STATES MAGISTRATE JUDGE