**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daniel Bushar,

               Plaintiff(s),

vs.

Albertsons, LLC, et al,

               Defendant(s).

2:24-cv-00804-CDS-MDC

**ORDER SETTING HEARING**

      **IT IS ORDERED that** the parties must appear in-person at **9:30 a.m. on March 30, 2026, in Courtroom 3C,** for a HEARING on plaintiff's *Motion to Strike* (ECF No. 60).

      Dated: March 2, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge