**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

LADAH LAW FIRM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| DANIEL BUSHAR,<br><br>Plaintiff<br><br>vs.<br><br>ALBERTSONS LLC; DOE SECURITY COMPANY; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants | CASE NO.: 2:24-cv-00804-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE HIS OPPOSITIONS TO DEFENDANT ALBERTSONS MOTIONS FOR SUMMARY JUDGMENT**<br><br>[ECF No. 76] |
| AND ALL RELATED MATTERS. | |

**COMES NOW** Plaintiff DANIEL BUSHAR, by and through his attorney of record, RAMZY P. LADAH, ESQ. of LADAH LAW FIRM, Defendant ALBERTSONS LLC, by and through their attorney of record, JUSTIN SMERBER, ESQ., of BRANDON SMERBER LAW FIRM and Defendant BLACKSTONE SECURITY SERVICES OF NEVADA, INC., by and through their attorney of record LEONARD FINK, ESQ., of RAI FINK EBNER, LLP, and hereby stipulate as follows:

On September 4, 2026, Defendant Albertson's LLC filed a Motion for Summary Judgment [ECF No. 73]. Plaintiff's response is due by September 25, 2026.

On September 4, 2026, Defendant Albertson's LLC filed a Motion for Partial Summary Judgment on Punitive Damages [ECF No. 74]. Plaintiff's response is due by September 25, 2026.

/ / /

On September 4, 2026, Defendant Albertson's LLC filed a Motion for Partial Summary Judgment Regarding Negligent Hiring, Training, Retention, and Supervision Damages [ECF No. 75]. Plaintiff's response is due by September 25, 2026.

IT IS HEREBY STIPULATED by all parties, by and through their undersigned counsel, that the deadline for Plaintiff to file responses to ECF Nos. 73, 74 and 75 be extended to October 2, 2026.

**IT IS SO AGREED.**

Dated this 9th day of September, 2026.

**LADAH LAW FIRM**

*<u>/s/ Ramzy P. Ladah</u>*
**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Daniel Bushar*

Dated this 9th day of September, 2026.

**BRANDON SMERBER LAW FIRM**

*<u>/s/ Justin Smerber</u>*
**LEW BRANDON, ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant, Albertsons LLC*

Dated this 9th day of September, 2026.

**RAI FINK EBNER, LLLP**

*<u>/s/ Veronica N. Fink</u>*
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
VERONICA N. FINK, ESQ.
Nevada Nar No. 14516
6180 Brent Thurman Way, Suite 260
Las Vegas, Nevada 89148
*Attorneys for Third-Party Defendant, Blackstone Security Services of Nevada, Inc.*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: September 11, 2026

LADAH LAW FIRM