**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

LADAH LAW FIRM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL BUSHAR,<br><br>Plaintiff<br><br>v.<br><br>ALBERTSONS LLC; DOE SECURITY COMPANY; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendant<br><br>AND ALL RELATED MATTERS. | CASE NO.: 2:24-cv-00804-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE HIS OPPOSITIONS TO DEFENDANT ALBERTSONS MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST) AND EXTEND TIME TO TAKE DEPOSITIONS**<br><br>[ECF No. 80] |

**COMES NOW** Plaintiff DANIEL BUSHAR, by and through his attorney of record, RAMZY P. LADAH, ESQ. of LADAH LAW FIRM, Defendant ALBERTSONS LLC, by and through their attorney of record, JUSTIN SMERBER, ESQ. and KRISTEN MOLLOY ESQ., of BRANDON SMERBER LAW FIRM and Defendant BLACKSTONE SECURITY SERVICES OF NEVADA, INC., by and through their attorney of record VERONICA FINK, ESQ., of RAI FINK EBNER, LLP, and hereby stipulate as follows:

On September 4, 2026, Defendant Albertson's LLC filed a Motion for Summary Judgment [ECF No. 73]. Plaintiff's response is due by October 2, 2026 pursuant to stipulation of the parties [ECF No. 77].

. . .

LADAH LAW FIRM

On September 4, 2026, Defendant Albertson's LLC filed a Motion for Partial Summary Judgment on Punitive Damages [ECF No. 74]. Plaintiff's response is due by October 2, 2026 pursuant to stipulation of the parties [ECF No. 77].

On September 4, 2026, Defendant Albertson's LLC filed a Motion for Partial Summary Judgment Regarding Negligent Hiring, Training, Retention, and Supervision Damages [ECF No. 75]. Plaintiff's response is due by October 2, 2026 pursuant to stipulation of the parties [ECF No. 77].

Additionally, Parties had held off on taking depositions to pursue mediation efforts, but Parties were unable to come to an agreement. As such, Parties agree that the remaining depositions will be able to move forward after the close of current deadlines, as Parties' and witnesses' calendars permit.

No set dates or time limitations have been set and Parties make this agreement on the settlement of finalizing payment of Dr. Loong's invoice ordered to be paid via this Court's order.

Parties agree that there are some items on Dr. Loong's invoice that require separate consideration, but counsel for Blackstone counsel for Bushar have separately agreed to work together to resolve the invoice issues so that Blackstone can be compliant with the Court's order.

. . .

. . .

. . .

IT IS HEREBY STIPULATED by all parties, by and through their undersigned counsel, that the deadline for Plaintiff to file responses to ECF Nos. 73, 74 and 75 be extended to October 12, 2026.

IT IS HEREBY STIPULATED by all Parties that the depositions contemplated may be taken pursuant to Parties' agreement.

**IT IS SO AGREED.**

Dated this 1st day of October, 2026.

**LADAH LAW FIRM**

*/s/ Ramzy P. Ladah*
**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Daniel Bushar*

Dated this 2nd day of October, 2026.

**BRANDON SMERBER LAW FIRM**

*/s/ Kristen Molloy*
**LEW BRANDON, ESQ.**
Nevada Bar No. 5880
**JUSTIN SMERBER, ESQ.**
Nevada Bar No. 10761
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant, Albertsons LLC*

Dated this 2nd day of October, 2026.

**RAI FINK EBNER, LLLP**

*/s/ Veronica N. Fink*
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
VERONICA N. FINK, ESQ.
Nevada Nar No. 14516
6180 Brent Thurman Way, Suite 260
Las Vegas, Nevada 89148
*Attorneys for Third-Party Defendant, Blackstone Security Services of Nevada, Inc.*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: October 8, 2026



LADAH LAW FIRM